Name: Lucas Canton Schneider
Mailing address: 2823 Tudor Ave
City, State, Zip: Anchorage AK 99501
Telephone: (907) 419-2289

RECEIVED
DEC 17 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Lucas Canton Schneider,
(Enter full name of plaintiff in this action)

Plaintiff,

vs. Unknown named Government of U.S.A,

_____,

_____,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:24-cv-00275-SLG
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Lucas Schneider
(print your name)

who presently resides at 2823 Tudor Ave Anchorage AK 99501,
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Unknown named Government of U.S.</u> is a citizen of
                                (name)
<u>AK</u>, and is employed as a <u>Federal Government</u>.
(state)                          (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____ is a citizen of
                                (name)
_____, and is employed as a _____.
(state)                                (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
                                (name)
_____, and is employed as a _____.
(state)                                (defendant's government position/title)

___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 2 of 7

Case 3:24-cv-00275-SLG   Document 1   Filed 12/17/24   Page 2 of 5

Claim 1: On or about **June of 2014**, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by **Unknown Named Government of U.S.A**
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

In the month of June 2014 I had a house fire in Juneau Alaska, and was cleared by the Insurance investigator. All was suppose to be over but the defendant pursued a investigation on me and held a secrete proceeding about me and decided to put a death order on me. Since 2014 I have been constantly harrassed, assualted, stalked stolen from not been able to work or have a stable place to live. There have been RFID implants put into my body w/o consent or knowledge until some time later.
I have been the constant target of being druged, poisoned and civil right abuse.
My life is being taken away with out a chance to face my accussers violating my due process. It is highly unlawful to give someone a very long drawn out death sentence. That has been painful.

D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _12. million_

2. Punitive damages in the amount of $ 17 million

3. An order requiring defendant(s) to To ~~stop~~ reinstate my human rights

4. A declaration that I will be left alone and allowed medical treatment

5. Other: To hold a hearing about the house fire investigation

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Anchorage (Location) on 12-17-24 (Date)

_____
(Plaintiff's Original Signature)

_____      _____
Original Signature of Attorney (if any)      (Date)

_____
Attorney's Address and Telephone Number